**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EAPEN ZACHARIAS, | Case No. 2:26-cv-01655-NJK |
| Plaintiff, | |
| v. | **Order** |
| TRANSGLOBAL INSURANCE AGENCY, INC., et al., | |
| Defendants. | |

This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Docket No. 2 (Gen. Order 2023-11). However, the opt-out consent program does not apply to class actions. *Id.* at 2.

Accordingly, the Court **INSTRUCTS** the Clerk's Office to remove this case from the consent program and assign a United States District Judge to this case.

Dated: June 8, 2026

IT IS SO ORDERED

_____
Nancy J. Koppe
United States Magistrate Judge

1