IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Eapen Zacharias, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Transglobal Insurance Agency, Inc. and Transglobal Holding Company,<br><br>Defendants. | Case No. 2:26-cv-01655-RFB-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Plaintiff Eapen Zacharias ("Plaintiff") and Defendants Transglobal Insurance Agency, Inc. ("Agency") and Transglobal Holding Co. ("Holding," and collectively with Agency, "Defendants"), by and through their undersigned counsel, stipulate and agree that Defendants shall have until **July 24, 2026**, to respond to Plaintiff's Complaint.

1.    Plaintiff filed the initial complaint on June 1, 2026.  ECF No. 1.

2.    Plaintiff served Agency on June 3, 2026, and served Holding on June 4, 2026.

3.    Agency's response to the Complaint is currently due June 24, 2026.  Holding's response to the Complaint is currently due June 25, 2026.

- 1 -

4899-2213-8804

4.   There is a pending motion to consolidate this action with an earlier-filed related action, *Martinez v. Transglobal Holding Co., et al.,* Case No. 2:26-cv-01603-RFB-MDC, which is also pending before this Court. The motion to consolidate was filed in the *Martinez* action on June 11, 2026.

5.   On June 23, 2026, counsel appeared on behalf of Defendants.  ECF No. 13.

6.   Good cause exists for the requested extension as it will promote judicial economy. The requested extension will align Holding's and Agency's response deadlines. Additionally, Defendants require additional time to investigate the allegations in the Complaint and discuss the same with opposing counsel.  Further, if the two actions are consolidated and Plaintiffs file a consolidated complaint, the instant Complaint will be moot requiring Defendants to file a new responsive pleading.

7.   Plaintiff and the Defendants consent to this request.  This is the first request for extension of time to respond to the Complaint.  The parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

IT IS SO STIPULATED.

**IT IS SO ORDERED**
Dated: June 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

- 2 -

4899-2213-8804